Argued and submitted June 11, affirmed as modified July 16, 1986

In the Matter of the Marriage of

OLSEN,
*Appellant,*
*and*

OLSEN,
*Respondent.*

(83-1056-E; CA A36831)

722 P2d 37

Donald H. Coulter, Grants Pass, argued the cause for appellant. With him on the brief was Myrick, Coulter, Seagraves, Myrick & Adams, Grants Pass.

Clayton C. Patrick, Salem, argued the cause and filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Based on our *de novo* review of the record, paragraph 4 of the decree of dissolution is modified to provide that husband shall pay wife the sum of $150 per month for her support and maintenance for a period of 36 months, instead of 12 months. Spousal support will terminate on May 15, 1988.

Affirmed as modified. Costs to wife.